**STATE OF MONTANA,**
**Plaintiff,**                                      **No. CDC-98-35**
**vs.**                                             **Decision**
**NICOLE FREEMAN,**
**Defendant.**

On December 3, 2004, the defendant was sentenced to the following: <u>Counts I, II, and III</u>: Commitment to the Department of Corrections for a term of Five (5) years on each Count, to run concurrently with each other, for the following offenses: <u>Count I</u>: Issuing a Bad Check (Common Scheme), a felony; <u>Count II</u>: Criminal Possession of Dangerous Drugs (Methamphetamine), a felony; and <u>Count III</u>: Criminal Possession of Dangerous Drugs (valium, hydrocodone and acetamophen, oxycodone), a felony.

On April 1, 2005, the defendant's application for review of that sentence was heard by the Sentence Review Division of the Montana Supreme Court.

The defendant was present and was represented by Martin Eveland. The state was not represented.

Before hearing the application, the defendant was advised that the Sentence Review Division has the authority not only to reduce the sentence or affirm it, but also increase it. The defendant was further advised that there is no appeal from a decision of the Sentence Review Division. The defendant acknowledged that she understood this and stated that she wished to proceed.

Rule 17 of the Rules of the Sentence Review Division of the Supreme Court of Montana provides that "the sentence imposed by the District Court is presumed correct, and the sentence will not be reduced or increased unless it is deemed clearly inadequate or excessive." (§46-18-904(3), MCA).

The Division finds that the reasons advanced for modification are insufficient to hold that the sentence imposed by the District Court is inadequate or excessive.

Therefore, it is the unanimous decision of the Sentence Review Division that the sentence shall be affirmed.

Done in open Court this 1st day of April, 2005.

DATED this 13th day of April, 2005.

Chairperson, Hon. Gary L. Day, Member, Hon. John Whelan and Member, Hon. Randal I. Spaulding